**Christopher J. BRIDGEMAN; Martin A. Borger, Plaintiffs–Appellants**

v.

**UNITED CONTINENTAL HOLDINGS, INCORPORATED; Continental Airlines, Incorporated, Defendants–Appellees**

No. 15–20331

United States Court of Appeals,
Fifth Circuit.

Date Filed: 06/14/2016

Dax O. Faubus, Esq., Faubus Firm, Houston, TX, for Plaintiffs–Appellants.

Edward B. Adams, Jr., Attorney, Norton Rose Fulbright US, L.L.P., Houston, TX, for Defendants–Appellees.

Before DAVIS, JONES, and GRAVES, Circuit Judges.

PER CURIAM: *

Christopher Bridgeman and Martin Borger ("the Plaintiffs") appeal the district court's summary judgment dismissing their negligence claims and the district court's directed verdict for United Continental Holdings, Inc. ("United") on their intentional infliction of emotion distress and invasion of privacy claims, all arising out of an incident where a sex toy was purportedly taped to the outside of their luggage. On appeal, we have reviewed the record and studied the briefs. We have concluded, in the light of our precedents, that the district court did not err when it dismissed the Plaintiffs' negligence claims, nor did it err when it entered a directed verdict for United on the Plaintiffs' invasion of privacy and intentional infliction of emotional distress claims. Accordingly, the judgement of the district court is affirmed.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.